Robert E. **CAMPBELL**, Appellant,

v.

Larry **HENSON**, Respondent.

No. WD 43028.

Missouri Court of Appeals,
Western District.

Oct. 23, 1990.

Robert H. Campbell, Jefferson City, pro se.

William L. Webster, Atty. Gen., Bruce Farmer, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and FENNER and ULRICH, JJ.

### ORDER

PER CURIAM:

Appeal from summary judgment which dismissed appellant's civil rights action against a prison official, and from $1,000.00 in sanctions imposed by the trial court.

Affirmed. Rule 84.16(b).